Gmail - contract  Chicago Depositions 05/12/16, 5:30 PM

 **Gmail** Kevin Chern <chernesq@gmail.com>

## contract

**Ed Scanlan** <ed@uprightlaw.com>  Wed, May 20, 2015 at 11:22 AM
To: Kevin Chern <chernesq@gmail.com>
Cc: Fenner & Associates <freech7@gmail.com>

Hi Brian,

Let me know when is a good time to discuss what you will need to get placed on your website to send us leads. You can let me know a time that is good for you or book directly on my calendar at edscanlan.youcanbook.me

Thanks!

Ed

 **Ed Scanlan | CEO**
UPRIGHT  p: 312-940-8136

79 West Monroe, 5th Floor, Chicago, IL 60603
ed@uprightlaw.com | http://www.uprightlaw.com/

On Fri, May 15, 2015 at 5:40 AM, Kevin Chern <chernesq@gmail.com> wrote:
[Quoted text hidden]

UST Exhibit 35-33
9/25/2017
16-07024
Page 1 of 1

https://mail.google.com/mail/u/1/?ui=2&ik=ea0dfa85a9&view=pt&q...=true&search=query&msg=14d7221f15d270ad&siml=14d7221f15d270ad  Page 1 of 1

US Trustee Exhibit 35-33, Page 1 of 1

UPUST-000002816