

**SIGNED THIS 18th day of August, 2021**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
Paul M. Black
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 7 |
| TIMOTHY JAMES WILLIAMS, JR., and ) | |
| ANDRIAN SHANNON WILLIAMS, ) | |
| ) | Case No. 15-71767 |
| Debtors. ) | |
| JOHN P. FITZGERALD, III, Acting ) | |
| United States Trustee for Region Four, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Adversary Proceeding** |
| ) | **No. 16-07024** |
| DARREN DELAFIELD, UPRIGHT LAW ) | |
| LLC, LAW SOLUTIONS CHICAGO LLC, ) | |
| JASON ROYCE ALLEN, KEVIN W. ) | |
| CHERN, EDMUND SCANLAN, and ) | |
| SPERRO LLC, ) | |
| ) | |
| Defendants. ) | |
| IN RE: ) | |
| ) | Chapter 7 |
| JESSICA DAWN SCOTT, ) | |
| ) | Case No. 16-50158 |
| Debtor. ) | |
| JOHN P. FITZGERALD, III, Acting ) | |
| United States Trustee for Region Four, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Adversary Proceeding |
| ) | No. 16-05014 |

JOHN C. MORGAN, JR., JOHN C.                )        (consolidated with Adversary
MORGAN, JR., PLLC, UPRIGHT LAW LLC,         )        Proceeding No. 16-07024)
LAW SOLUTIONS CHICAGO LLC, JASON            )
ROYCE ALLEN, KEVIN W. CHERN,                )
EDMUND SCANLAN, and SPERRO LLC,             )
                                            )
         Defendants.                        )

## ORDER

The Order entered on August 17, 2021 implementing the suspension of John C.

Morgan, Jr. in the above captioned matter was entered in error.  The Order is hereby

RESCINDED.

It is so ORDERED.

The Clerk is directed to forward a copy of this Order to John C. Morgan, Jr.; John C.

Morgan, Jr., PLLC; the Office of the United States Trustee; and to all counsel of record.

** END OF ORDER **