

SIGNED THIS 16th day of September, 2021

THIS ORDER HAS BEEN ENTERED ON THE DOCKET. PLEASE SEE DOCKET FOR ENTRY DATE.



Paul M. Black
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| TIMOTHY JAMES WILLIAMS, JR., and | ) | |
| ANDRIAN SHANNON WILLIAMS, | ) | |
| | ) | Case No. 15-71767 |
| Debtors. | ) | |
| JOHN P. FITZGERALD, III, Acting | ) | |
| United States Trustee for Region Four, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Adversary Proceeding** |
| | ) | **No. 16-07024** |
| DARREN DELAFIELD, UPRIGHT LAW | ) | |
| LLC, LAW SOLUTIONS CHICAGO LLC, | ) | |
| JASON ROYCE ALLEN, KEVIN W. | ) | |
| CHERN, EDMUND SCANLAN, and | ) | |
| SPERRO LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| IN RE: | ) | |
| | ) | Chapter 7 |
| JESSICA DAWN SCOTT, | ) | |
| | ) | Case No. 16-50158 |
| Debtor. | ) | |
| JOHN P. FITZGERALD, III, Acting | ) | |
| United States Trustee for Region Four, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adversary Proceeding |
| | ) | No. 16-05014 |

| | |
|---|---|
| JOHN C. MORGAN, JR., JOHN C. MORGAN, JR., PLLC, UPRIGHT LAW LLC, LAW SOLUTIONS CHICAGO LLC, JASON ROYCE ALLEN, KEVIN W. CHERN, EDMUND SCANLAN, and SPERRO LLC,  )<br><br>    Defendants.                             ) | (consolidated with Adversary Proceeding No. 16-07024) |

## ORDER IMPLEMENTING SUSPENSION

By Order ( the "2018 Order") entered February 12, 2018, as amended, this Court directed that John C. Morgan, Jr.'s privileges to appear before this Court, <u>directly or indirectly,</u> including through John C. Morgan, Jr., PLLC, shall be revoked for a period of eighteen (18) months (emphasis added). Further, Mr. Morgan was sanctioned $5,000.00 to be paid to Jessica Scott, both to take effect within thirty (30) days of the 2018 Order becoming final and unappealable. Mr. Morgan was further directed to make his payment in certified funds payable to Ms. Scott, delivered to Margaret K. Garber, Assistant United States Trustee, 210 First Street, Suite 505, Roanoke, VA 24011.

It appearing to the Court that Mr. Morgan appealed the 2018 Order to the United States District Court for the Western District of Virginia, and that on July 9, 2021, the United States District Court entered a final Order affirming the 2018 Order as to Mr. Morgan. No appeal was timely taken to the United States Court of Appeals for the Fourth Circuit.

Accordingly, it is ORDERED as follows:

1.    Mr. Morgan shall forthwith give notice, by certified mail, of the suspension of his privileges to practice before this Court to all clients for whom he is currently handling matters and to all opposing attorneys and presiding judges in pending litigation. Mr. Morgan shall also make appropriate arrangements for the disposition of matters then in his care in conformity with the wishes of his clients. Mr. Morgan shall

give such notice within thirty (30) days of the entry of this order, and make such arrangements as are required herein within forty-five (45) days of this Order. Mr. Morgan shall also furnish proof to the United States Trustee within sixty (60) days of this Order that such notices have been timely given and such arrangements made for the disposition of matters.

2. Thirty (30) days after the entry of this Order, the Clerk of this Court shall restrict all CM/ECF filing privileges maintained by Mr. Morgan until further Order of the Court.

3. If Mr. Morgan is not handling any client matters before this Court on the date of this Order, he shall file an affidavit to that effect with the Office of the United States Trustee within sixty (60) days of the effective date of the suspension.

4. To the extent he has not already done so, Mr. Morgan shall make the payment to Jessica Scott as specified in the 2018 Order, as amended.

5. All issues concerning (i) compliance with the terms of suspension, and (ii) the adequacy of the notice and arrangements required above shall be determined by the Court, which may impose an additional sanction for failure to comply with the requirements of this Order or the 2018 Order.

6. This Order and the 2018 Order may be enforced by any presiding judge of this Court.

The Clerk is directed to forward a copy of this Order to John C. Morgan, Jr.; John C. Morgan, Jr., PLLC; the Office of the United States Trustee; and to all counsel of record.

** END OF ORDER **