FILED: February 24, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1632
(7:20-cv-00714-MFU)
(15-71767)
(16-07024)

_____

U. S. TRUSTEE

       Plaintiff - Appellee

v.

DARREN THOMAS DELAFIELD

       Defendant - Appellant

and

UPRIGHT LAW, LLC; LAW SOLUTIONS CHICAGO, LLC; JASON ROYCE ALLEN; KEVIN CHERN; EDMUND SCANLAN; SPERRO, LLC; JOHN CARTER MORGAN, JR., PLLC; JOHN C. MORGAN

       Defendants

ANDRIAN SHANNON WILLIAMS; TIMOTHY JAMES WILLIAMS, JR.

       Respondents

_____

TEMPORARY STAY OF MANDATE

_____

Under Fed. R. App. P. 41(b), the filing of a timely petition for rehearing or

rehearing en banc stays the mandate until the court has ruled on the petition. In accordance with Rule 41(b), the mandate is stayed pending further order of this court.

*/s/Patricia S. Connor, Clerk*