FILED: March 15, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1632
(7:20-cv-00714-MFU)
(15-71767)
(16-07024)

_____

U. S. TRUSTEE

        Plaintiff - Appellee

v.

DARREN THOMAS DELAFIELD

        Defendant - Appellant

and

UPRIGHT LAW, LLC; LAW SOLUTIONS CHICAGO, LLC; JASON ROYCE ALLEN; KEVIN CHERN; EDMUND SCANLAN; SPERRO, LLC; JOHN CARTER MORGAN, JR., PLLC; JOHN C. MORGAN

        Defendants

ANDRIAN SHANNON WILLIAMS; TIMOTHY JAMES WILLIAMS, JR.

        Respondents

_____

O R D E R
_____

The court denies the petition for rehearing.

Entered at the direction of the panel: Judge King, Judge Quattlebaum, and Judge Lauck.

For the Court

/s/ Patricia S. Connor, Clerk