

**SIGNED THIS 19th day of December, 2023**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET. PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
Paul M. Black
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Chapter 7 |
| TIMOTHY JAMES WILLIAMS, JR., and | ) | |
| ANDRIAN SHANNON WILLIAMS, | ) | |
| | ) | Case No. 15-71767 |
| Debtors. | ) | |
| JOHN P. FITZGERALD, III, Acting | ) | |
| United States Trustee for Region Four, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Adversary Proceeding** |
| | ) | **No. 16-07024** |
| DARREN DELAFIELD, UPRIGHT LAW | ) | |
| LLC, LAW SOLUTIONS CHICAGO LLC, | ) | |
| JASON ROYCE ALLEN, KEVIN W. | ) | |
| CHERN, EDMUND SCANLAN, and | ) | |
| SPERRO LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| IN RE: | ) | |
| | ) | Chapter 7 |
| JESSICA DAWN SCOTT, | ) | |
| | ) | Case No. 16-50158 |
| Debtor. | ) | |
| JOHN P. FITZGERALD, III, Acting | ) | |
| United States Trustee for Region Four, | ) | |
| | ) | |
| Plaintiff, | ) | |

| | |
|---|---|
| v. ) | Adversary Proceeding |
| ) | No. 16-05014 |
| JOHN C. MORGAN, JR., JOHN C. ) | (consolidated with Adversary |
| MORGAN, JR., PLLC, UPRIGHT LAW LLC, ) | Proceeding No. 16-07024) |
| LAW SOLUTIONS CHICAGO LLC, JASON ) | |
| ROYCE ALLEN, KEVIN W. CHERN, ) | |
| EDMUND SCANLAN, and SPERRO LLC, ) | |
| ) | |
| _____Defendants._____ ) | |

**ORDER IMPLEMENTING SUSPENSION**

By Order ( the "2018 Order") entered February 12, 2018, as amended, this Court directed that Darren T. Delafield's privileges to practice in this Court shall be revoked for a period of one (1) year. Further, Mr. Delafield was sanctioned $5,000.00 to be paid to Mr. and Mrs. Williams, both to take effect within thirty (30) days of the 2018 Order becoming final and unappealable. Mr. Delafield was further directed to make his payment in certified funds payable to the Williamses, delivered to Margaret K. Garber, Assistant United States Trustee, 210 First Street, Suite 505, Roanoke, VA 24011.

It appearing to the Court that Mr. Delafield eventually appealed the 2018 Order to the United States Supreme Court, and that on November 20, 2023, the United States Supreme Court entered an Order denying Mr. Delafield's petition for a writ of certiorari. No motion to reconsider was timely filed.

Accordingly, it is ORDERED as follows:

1. Mr. Delafield shall forthwith give notice, by certified mail, of the suspension of his privileges to practice before this Court to all clients for whom he is currently handling matters and to all opposing attorneys and presiding judges in pending litigation. Mr. Delafield shall also make appropriate arrangements for the disposition of matters then in his care in conformity with the wishes of his clients. Mr. Delafield shall give such notice within

thirty (30) days of the entry of this Order, and make such arrangements as are required herein within forty-five (45) days of this Order. Mr. Delafield shall also furnish proof to the United States Trustee within sixty (60) days of this Order that such notices have been timely given and such arrangements made for the disposition of matters.

    2. Thirty (30) days after the entry of this Order, the Clerk of this Court shall restrict all CM/ECF filing privileges maintained by Mr. Delafield until further Order of the Court.

    3. If Mr. Delafield is not handling any client matters before this Court on the date of this Order, he shall file an affidavit to that effect with the Office of the United States Trustee within sixty (60) days of the effective date of the suspension.

    4. To the extent he has not already done so, Mr. Delafield shall make the payment to the Williamses as specified in the 2018 Order, as amended.

    5. All issues concerning (i) compliance with the terms of suspension, and (ii) the adequacy of the notice and arrangements required above shall be determined by the Court, which may impose an additional sanction for failure to comply with the requirements of this Order or the 2018 Order.

    6. This Order and the 2018 Order may be enforced by any presiding judge of this Court.

The Clerk is directed to forward a copy of this Order to Darren T. Delafield, Esquire; the Office of the United States Trustee; and to all counsel of record.

** END OF ORDER **